FILED
NOV 20 2012
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, <br><br>Plaintiffs, <br><br>vs. <br><br>FAYE KRUEGER, Regional Forester of Region One of the U.S. Forest Service, UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE, UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of Interior, <br><br>Defendants. | CV 12-55-M-DLC <br><br><br><br>ORDER |

IT IS ORDERED that the unopposed motion by the City of Bozeman to file an amicus brief in this action is GRANTED. The City's brief must be filed on or before December 7, 2012.

Dated this 20th day of November 2012.

Dana L. Christensen, District Judge
United States District Court